BURGOYNE LAW GROUP
HENRY M. BURGOYNE, III (SBN 203748)
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: (415) 795-4070
Facsimile: (415) 680-2335
Email: Hank@BurgoyneLawGroup.com

Attorneys for Plaintiff
CROSSINSTALL, INC.


MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: michael.ioannou@rmkb.com
        kevin.isaacson@rmkb.com

Attorneys for Defendant
CROSSCHANNEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROSSINSTALL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSSCHANNEL, INC., et al., <br><br> Defendants. | CASE NO. 3:17-cv-03509 CRB <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS** <br><br> Judge: Hon. Charles R. Breyer |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties to this Action hereby stipulate to and respectfully request the Court dismiss this Action with prejudice with each party bearing its own fees and costs incurred in this Action.

Dated: September 21, 2018                BURGOYNE LAW GROUP

By: /s/ Henry M. Burgoyne
HENRY M. BURGOYNE, III
Attorneys for Plaintiff CrossInstall, Inc.

Dated: September 21, 2018                ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kevin W. Isaacson
MICHAEL J. IOANNOU
KEVIN W. ISAACSON
Attorneys for Defendant
CROSSCHANNEL, INC.

### ORDER

The above STIPULATION TO DISMISS is approved. The Action is dismissed with prejudice with each party bearing its own attorney's fees and costs incurred in this Action.

**IT IS SO ORDERED.**

Dated: September 24, 2018

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE